**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Justin A. Schwamb, Esq.*
*Telephone: (516) 747-0300, ext. 183*
*Facsimile: (516) 237-2893*
*Email: jschwamb@meltzerlippe.com*

**MEMO ENDORSED**

August 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/21/2026

**Via ECF**
The Honorable Judge Valerie Caproni
United States District Judge for the
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

**Re:** ***Hernandez v. Highgate Hotels, L.P.***
**Docket No.: 1:26-cv-01281-VEC**
**MLGB File No.: 13671-00100**

Dear Judge Caproni:

This Firm represents Defendant Highgate Hotels, L.P. ("Highgate") in the above-referenced matter. Defendant writes jointly with Plaintiff's consent and pursuant to Rule 2(C) of Your Honor's Individual Rules to respectfully request a sixty (60) day extension of the Parties' discovery deadline and an adjournment of the status conference regarding the close of discovery currently scheduled for Friday, September 25, 2026.

To date, the Parties have diligently proceeded with discovery, including the exchanging of responses to each other's First Set of Document Demands and Interrogatories and the production of hundreds of documents. *Deposition Notices* have also been issued. In an effort to resolve this matter, the parties are currently engaged in settlement discussions. To the extent this matter does not settle, the Parties anticipate exchanging *Deficiency Notices*, *Requests for Admissions*, and proceeding with conducting at least seven (7) depositions. The foregoing adjournment request will enable the parties to meaningfully explore settlement, resolve any discovery deficiencies, complete discovery, and conduct all depositions.

Accordingly, we respectfully request the Court: 1) extend the Parties' discovery deadline for sixty (60) days from Friday, September 18, 2026 to Tuesday, November 17, 2026 and 2) adjourn the status conference regarding the close of discovery from Friday, September 25, 2026, to Friday, November 20, 2026 or a date and time as is convenient to the Court. For ease of reference, a proposed Revised Scheduling Order is annexed hereto as Exhibit "A." This is Defendant's first request to extend the Parties' foregoing deadlines and adjourn the status conference. We sincerely thank the Court for its time and consideration of the foregoing.

Respectfully submitted,

Justin A. Schwamb

cc: All Counsel *(via ECF)*

Application GRANTED. The deadline to complete discovery is hereby ADJOURNED to **Tuesday, November 17, 2026**. The Parties' status conference currently scheduled for Friday, September 25, 2026, is ADJOURNED to **Friday, November 20, 2026, at 10:00 A.M.** in in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Parties' pre-conference letter is due not later than **Thursday, November 12, 2026**. The Parties are directed to refer to the Case Management Plan in this case for the contents of their pre-conference letter. The Parties are additionally advised that any further requests for adjournment of these deadlines are unlikely to be granted.

SO ORDERED.

Valerie Caproni 08/21/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE